IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROOSEVELT LEE, JR., | * |
| Petitioner, | * |
| v. | Case No. 5:22-cv-00203-TES-CHW |
| | * |
| COMMISSIONER TIMOTHY WARD, et al., | |
| | * |
| Respondents. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 29, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of August, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk